Case 3:22-cv-01852-JSC   Document 18   Filed 05/11/22   Page 1 of 2


Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA  92130
Telephone:  858.720.5700
Facsimile:  858.720.5799

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

*Attorneys for Plaintiff*
Netskope, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSKOPE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>    Defendant. | Case No. 3:22-CV-01852-JSC<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT FORTINET, INC. TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rules 6-3 and 7-1, Netskope, Inc. ("Netskope"), by and through its counsel, respectfully requests that the Court extend Defendant Fortinet, Inc.'s ("Fortinet") deadline to respond to the complaint by 21 days, from May 17, 2022 to June 7, 2022.

Netskope filed its complaint on March 24, 2022.  (Millikan Decl. at ¶ 2.)  Fortinet was served with the summons and complaint on April 26, 2022.  (*Id.* at ¶ 3.)  Fortinet's current deadline to respond to the complaint is May 17, 2022.  (*Id.* at ¶ 4)  The parties have agreed to a 21-day extension for Fortinet to respond to Netskope's complaint, thereby making Fortinet's response due by June 7, 2022.  (*Id.* at ¶ 5.)

Fortinet has requested the relief sought and does not oppose the present motion.  (*Id.* at ¶ 6.)  Fortinet has represented that it needs the additional time to respond to the complaint.  (*Id.* at ¶ 7.)  However, Fortinet has yet to have counsel appear in the matter, so the present relief cannot be sought by stipulation.  (*Id.* at ¶ 6.)  The parties have not sought any other time modifications in the case and the requested extension will not change any event or deadline currently set by the Court.  (*Id.* at ¶¶ 8-9.)

Accordingly, Netskope respectfully requests that the Court extend Defendant Fortinet, Inc.'s deadline to respond to the complaint from May 17, 2022 to June 7, 2022.

DATED: May 11, 2022                                   **PERKINS COIE LLP**

By*:*  */s/Thomas N. Millikan*
Thomas N. Millikan
TMillikan@perkinscoie.com
Joseph P. Reid
JReid@perkinscoie.com
Andrew N. Klein
AKlein@perkinscoie.com

*Attorneys for Plaintiff*
Netskope, Inc.