Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: 858.720.5700
Facsimile: 858.720.5799
Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Plaintiff Netskope, Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
David A. Nelson (Illinois State Bar No. 6209623;
*pro hac vice* application forthcoming)
  davidnelson@quinnemanuel.com
  191 N. Wacker Drive, Suite 2700
  Chicago, Illinois 60606
  Telephone: (312) 705-7400
  Facsimile: (312) 705-7401
Sean S. Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
  drewholmes@quinnemanuel.com
  50 California Street, 22nd Floor
  San Francisco, California 94111
  Telephone: (415) 875-6600
  Facsimile: (415) 875-6700
Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
Jordan B. Kaericher (Bar No. 265953)
  jordankaericher@quinnemanuel.com
  865 South Figueroa Street, 10th Floor
  Los Angeles, California 90017-2543
  Telephone: (213) 443-3000
  Facsimile: (213) 443-3100

*Attorneys for Defendant Fortinet, Inc*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NETSKOPE, INC.,<br><br>   Plaintiff and Counterclaim-<br>   defendant,<br><br>   v.<br><br>FORTINET, INC.,<br><br>   Defendant and Counterclaim-<br>   plaintiff. | Case No. 3:22-cv-01852-TLT<br><br>**STIPULATION REQUESTING EXTENSION OF TIME FOR FORTINET, INC. TO OPPOSE NETSKOPE, INC.'S MOTION TO STAY CASE PENDING *INTER PARTES* REVIEW** |

Pursuant to Civil Local Rule 6-2, Plaintiff and Counterclaim-Defendant Netskope, Inc. ("Netskope") and Defendant and Counterclaimant Fortinet, Inc. ("Fortinet"), by and through their attorneys, stipulate to a 4-day extension for Fortinet to oppose Netskope's Motion to Stay Case Pending *Inter Partes* Review. The parties declare the following in support of the extension:

WHEREAS, Netskope filed its Motion to Stay Case Pending *Inter Partes* Review (the "Motion") on November 17, 2022;

WHEREAS, Fortinet's opposition to the Motion is due December 1, 2022;

WHEREAS, Fortinet has requested a 4-day extension of time to oppose the Motion;

WHEREAS, Netskope has agreed to the request for extension;

WHEREAS, the requested extension will not change any event or deadline currently set by the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that Netskope shall have until December 5, 2022 to oppose Netskope's Motion.

| | |
|---|---|
| DATED: November 23, 2022 | By: /s/ *Joseph P. Reid* <br> Joseph P. Reid <br> JReid@perkinscoie.com  Thomas N. Millikan <br> TMillikan@perkinscoie.com <br> Andrew N. Klein <br> AKlein@perkinscoie.com <br> Perkins Coie LLP <br> *Attorneys for Plaintiff Netskope, Inc.* |
| DATED: November 23, 2022 | By: /s/ *Tigran Guledjian* <br> Tigran Guledjian <br> tigranguledjian@quinnemanuel.com <br> Andrew M. Holmes <br> drewholmes@quinnemanuel.com <br> Jordan B. Kaericher <br> jordankaericher@quinnemanuel.com <br> Quinn Emanuel Urquhart & Sullivan, LLP <br> *Attorneys for Defendant Fortinet, Inc.* |

Pursuant to Stipulation, **IT IS SO ORDERED**.

DATED: November 28, 2022

Hon. Trina L. Thompson
U.S. District Court Judge.