UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC., <br><br>         Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br>         Defendant. | Case No. 22-cv-01852-TLT (AGT) <br><br> **ORDER RE: ELECTRONIC CHAMBERS COPIES OF DOCUMENTS FILED UNDER SEAL** |

The parties have filed many exhibits to their discovery motions and letter briefs provisionally under seal. To aid the Court's review of the sealing motions, the Court requests that the parties use a secure file transfer platform to share with the Court copies of all provisionally sealed documents, plus copies of the corresponding sealing motions and all statements and declarations submitted in support of them. All such documents must include a CM/ECF docket number, and the docket number should be included in the file name.

The parties shall upload these files, and shall email access credentials to agtcrd@cand.uscourts.gov, by January 16, 2026. Going forward, when the parties file documents provisionally under seal in conjunction with any discovery dispute, they must upload copies of those documents, plus the corresponding motion to seal, to the file transfer platform. The parties must add to the file transfer platform, on the date of CM/ECF filing, any

statements or declarations filed in support of a motion to seal.

**IT IS SO ORDERED.**

Dated: January 6, 2026

Alex G. Tse
United States Magistrate Judge