UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>FORTINET, INC.,<br><br>              Defendant. | Case No.  22-cv-01852-TLT (AGT)<br><br>**ORDER ON (I) MOTION TO RESCHEDULE HEARING ON MOTION TO STRIKE AND (II) MOTION TO FILE SURREPLY**<br><br>Re: Dkt. Nos. 310, 312 |

The Court grants Fortinet's motion to reschedule the hearing on Netskope's motion to strike. Dkt. 312. Because Judge Thompson referred the motion to strike to the undersigned, a hearing on the motion will no longer take place before her on Tuesday, April 28, 2026, the date on which counsel has a scheduling conflict. The parties shall meet and confer and select a hearing date after April 24, 2026, on the undersigned's civil calendar.

The Court grants Fortinet's motion for leave to file a surreply. Dkt. 310. Netskope raised new arguments in its reply, or substantially expanded upon arguments mentioned only in passing in its motion to strike, especially related to diligence, prejudice, and the original infringement contentions. *Compare* Mot., Dkt. 283, *with* Reply, Dkt. 302. Fortinet's

proposed surreply reasonably responds to those arguments. Dkt. 310-2. The Court accepts the surreply.

**IT IS SO ORDERED.**

Dated: April 9, 2026

Alex G. Tse
United States Magistrate Judge