UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTINET, INC.,<br><br>    Defendant. | Case No.  22-cv-01852-TLT (AGT)<br><br>**ORDER RE: RESTRICTED ACCESS<br>TO ORDER ON MOTION TO STRIKE**<br><br>Re: Dkt. No. 340 |

The Court has restricted public access to the order on Netskope's motion to strike Fortinet's expert reports (dkt. 340) because the order contains or refers to material subject to sealing orders. By June 4, 2026, the parties shall file either (1) a stipulated proposed redacted version of the order, redacting only those portions of the order containing or referring to material for which the Court has granted a motion to seal and which the parties still request to be sealed, or (2) a stipulation that the parties agree that no redaction is necessary.

If the parties propose redactions, they shall also email a PDF copy of the proposed redacted order, without any ECF headers, to agtpo@cand.uscourts.gov. The Court will review the parties' proposal and issue a redacted version of the order. If the parties stipulate

that no redaction is necessary, or if they fail to file a timely stipulation, the Court will allow full public access to the unredacted order by removing the restrictions on Dkt. 340.

**IT IS SO ORDERED.**

Dated: May 28, 2026

Alex G. Tse
United States Magistrate Judge